IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | C.A. No. 07-431 (UNA) |
| HOMESITE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED this 16th day of July, 2007 by undersigned counsel, subject to the Court's approval, that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint, is extended up through and including **Friday, August 10, 2007.**

PERRY & SENSOR

_____
Michael L. Sensor (#3541)
One Customs House, Suite 560
Wilmington, DE 19801
Telephone: (302) 655-4482
*Attorney for Plaintiffs*

COZEN O'CONNOR

_____
Sean J. Bellew (#4072)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2026
*Attorney for Defendant*

SO ORDERED this ___ day of _____ 2007.

_____
United States District Court Judge