IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, <br><br> Plaintiffs, <br><br> v. <br><br> HOMESITE INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 07-431 (GMS) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves for the admission *pro hac vice* of Melissa F. Brill to represent Defendant Homesite Insurance Company in this matter.

Dated: August 17, 2007

/s/ *Sean J. Bellew*
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, <br><br> Plaintiffs, <br><br> v. <br><br> HOMESITE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 07-431 (GMS) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Pennsylvania and the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: August 17, 2007

_____
Melissa F. Briff
Cozen O'Connor
45 Broadway Atrium, 16th Floor
New York, NY 10006
Telephone: (212) 509-9400
Facsimile: (212) 509-9492

WILMINGTON\55252\1 206050.000

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 07-431 (GMS) |
| HOMESITE INSURANCE COMPANY, ) ) | |
| Defendant. ) | |

## ORDER

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice for Melissa F. Brill is granted.

Date: _____, 2007    _____
                                Gregory M. Sleet
                                United States District Judge

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)