## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-431 GMS |
| HOMESITE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE OF PLAINTIFFS'**
**DISCOVERY REQUESTS DIRECTED TO DEFENDANT**

The undersigned hereby certifies that on this date, two true and correct copies of the following documents were forwarded to the following, counsel of record for defendant, by means of electronic mail and first class U.S. Mail, postage prepaid:

**DOCUMENTS:**

1. Plaintiffs' First Set of Interrogatories Directed to Defendant

2. Plaintiffs' First Request for Production Directed to Defendant

**RECIPIENTS:**

Melissa F. Brill, Esquire
Cozen O'Connor
45 Broadway Atrium, 16th Floor
New York, NY 10006

Sean J. Bellew, Esquire
Cozen O'Connor
Suite 1400, Chase Manhattan Center
1201 North Market Street
Wilmington, DE 19801-1147

                                            **PERRY & SENSOR**

                       By:  /s/ Michael L. Sensor
                            Michael L. Sensor, Esquire
                            Delaware Bar ID No. 3541
                            One Customs House, Suite 560
                            P.O. Box 1568
                            Wilmington, DE 19899-1568
                            Telephone: (302) 655-4482
                            Attorney for Plaintiffs

Dated: October 17, 2007