# PERRY & SENSOR
### ATTORNEYS AT LAW

JAMES T. PERRY*
MICHAEL L. SENSOR*
_____
*ALSO ADMITTED IN NEW JERSEY

ONE CUSTOMS HOUSE, SUITE 560
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

(302) 655-4482
FACSIMILE (302) 655-4043

December 14, 2007

The Honorable Gregory M. Sleet
United States District Court for the District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801
**VIA ELECTRONIC FILING**

  Re: Jadczak, et al. v. Homesite Ins. Co.
     C.A. No. 07-431 GMS

Dear Chief Judge Sleet:

  This firm represents the plaintiffs in the above-captioned action. I have received the Court's Order of December 12, 2007 [D.I. 8] setting the Rule 16.2b Scheduling Teleconference for Friday, December 21, 2007 at 9:30 a.m. I write to advise the Court that I have a conflict with the Scheduling Teleconference and to respectfully request that it be continued.

  Specifically, I am scheduled to present a Motion to Compel on behalf of the plaintiffs in New Castle County Superior Court at 9:00 a.m. that day in the matter of *Exportadora Chiquita, et al. v. Diamond State Port Corporation, et al*., C.A. No. 07C-04-314 SCD. In my experience with that Court's normal routine motions calendar, it is unlikely that the calendar will conclude in time for me to be able to return to my office by 9:30 a.m. and participate in the teleconference.

  I have spoken to counsel for defendant concerning this request. I am authorized to represent that defendant has no objection. For the Court's reference should this request be granted, I will be out of state on vacation between December 24 and 27, 2007 and respectfully request that the teleconference not be scheduled during that time.

  I am available at the call of the Court should Your Honor have any questions concerning this request.

**PERRY & SENSOR**

December 14, 2007
Page 2

                        Respectfully submitted,

                        **PERRY & SENSOR**

                        /s/ Michael L. Sensor

                        By:    Michael L. Sensor (# 3541)

/mls

cc:    Clerk of the Court (via electronic filing)
        Sean J. Bellew, Esquire (via electronic filing)
        Melissa F. Brill, Esquire (via electronic filing)