IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-431 (GMS) |
| HOMESITE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 17, 2008, *Defendant's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)* were served via hand delivery upon the following party:

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899

Dated: January 17, 2008

_____
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, Esquire, do hereby certify that on January 17, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

>Michael L. Sensor, Esquire
>Perry & Sensor
>One Customs House, Suite 560
>P.O. Box 1568
>Wilmington, DE 19899

_____
Sean J. Bellew (#4072)