## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-431 GMS ) ) |
| HOMESITE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE OF PLAINTIFFS' INITIAL DISCLOSURES

The undersigned hereby certifies that on January 17, 2008, he caused the following document to be served upon the following persons, counsel of record for defendant, by means of electronic mail and first class U.S. Mail, postage pre-paid:

**DOCUMENT:**

Plaintiffs' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(A)(1)

**RECIPIENTS:**

Sean J. Bellew, Esquire
Cozen O'Connor
Suite 1400, Chase Manhattan Center
1201 North Market Street
Wilmington, DE 19801-1147
*Via electronic mail to* sbellew@cozen.com

Melissa F. Brill, Esquire
Cozen O'Connor
45 Broadway Atrium, 16th Floor
New York, NY 10006
*Via electronic mail to* mbrill@cozen.com

               **PERRY & SENSOR**

           By: <u> /s/  Michael L. Sensor  </u>
              Michael L. Sensor, Esquire
              Delaware Bar ID No. 3541
              One Customs House, Suite 560
              P.O. Box 1568
              Wilmington, DE 19899-1568
              Telephone: (302) 655-4482
              Attorney for Plaintiffs

Dated: January 17, 2008