IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-431 (GMS) |
| HOMESITE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 24, 2008, *Defendant Homesite Insurance Company's Disclosure Statement Pursuant to Rule 7.1* was served via hand delivery upon the following party:

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
Wilmington, DE 19801

Dated: January 24, 2008

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I, Sean J. Bellew, Esquire, do hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Michael L. Sensor, Esquire
> Perry & Sensor
> One Customs House, Suite 560
> P.O. Box 1568
> Wilmington, DE 19899

> /s/ Sean J. Bellew
> Sean J. Bellew (#4072)