## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 07-431 GMS |
| HOMESITE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE OF PLAINTIFFS' REVISED DISCOVERY REQUESTS DIRECTED TO DEFENDANT

The undersigned hereby certifies that on this date, two true and correct copies of the following documents were forwarded to the following, counsel of record for defendant, by means of electronic mail and first class U.S. Mail, postage prepaid:

**DOCUMENTS:**

1. Plaintiffs' Revised First Set of Interrogatories Directed to Defendant

2. Plaintiffs' Revised First Request for Production Directed to Defendant

**RECIPIENTS:**

Melissa F. Brill, Esquire
Cozen O'Connor
45 Broadway Atrium, 16th Floor
New York, NY 10006

Sean J. Bellew, Esquire
Cozen O'Connor
Suite 1400, Chase Manhattan Center
1201 North Market Street
Wilmington, DE 19801-1147

          **PERRY & SENSOR**

    By:   /s/ Michael L. Sensor
       Michael L. Sensor, Esquire
       Delaware Bar ID No. 3541
       One Customs House, Suite 560
       P.O. Box 1568
       Wilmington, DE 19899-1568
       Telephone: (302) 655-4482
       Attorney for Plaintiffs

Dated: January 24, 2008