**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JOSEPH JADCZAK AND<br>CATHERINE JADCZAK,<br><br>    Plaintiffs,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 07-0431GMS<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

John S. Spadaro hereby enters his appearance as co-counsel, with the firm of Perry & Sensor, for plaintiffs Catherine and Joseph Jadczak.

                Respectfully submitted,

                /s/ John S. Spadaro
                John S. Spadaro, No. 3155
                John Sheehan Spadaro, LLC
                724 Yorklyn Road, Suite 375
                Hockessin, DE 19707
                (302)235-7745

                Michael L. Sensor, No. 3541
                Perry & Sensor
                One Customs House, Suite 560
                P.O. Box 1568
                Wilmington, DE 19899-1568
                (302)655-4482

March 14, 2008          Attorneys for Plaintiffs
                Joseph Jadczak and Catherine Jadczak

1773