## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK AND<br>CATHERINE JADCZAK,<br><br>          Plaintiffs,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 07-0431GMS<br>)<br>)<br>)<br>)<br>)<br>) |

### JADCZAK PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE "DWELLING" ISSUE

Plaintiffs Catherine and Joseph Jadczak respectfully move, pursuant to Federal Rule of Civil Procedure 56, for summary judgment on the "dwelling" issue. Specifically, they ask this Court to hold as a matter of law that:

• There is no genuine issue of material fact with respect to the unique nature of the Jadczaks' airpark residence: it consists of not one but two dwelling units, one of which is the residential hangar.

• Though the insured property indisputably houses two dwelling units (one being the residential hangar), "Coverage A" speaks only in terms of "[t]he dwelling" in the singular. This is a latent ambiguity, and must be construed against Homesite as the policy's drafter.

• The loss of the residential hangar must therefore be covered under "Coverage A," and subject to the policy limits thereunder.

  The grounds for this motion are more fully set forth in the accompanying opening brief.

              Respectfully submitted,

              /s/ John S. Spadaro
              John S. Spadaro, No. 3155
              John Sheehan Spadaro, LLC
              724 Yorklyn Road, Suite 375
              Hockessin, DE 19707
              (302)235-7745

              Michael L. Sensor, No. 3541
              Perry & Sensor
              One Customs House, Suite 560
              P.O. Box 1568
              Wilmington, DE 19899-1568
              (302)655-4482

              Attorneys for Plaintiffs
March 14, 2008         Joseph Jadczak and Catherine Jadczak