IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) C.A. No. 07-431 (GMS) |
| HOMESITE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED this 25th day of March 2008 by undersigned counsel, subject to the Court's approval, that the time for Defendant to respond to Jadczak Plaintiffs' Motion for Partial Summary Judgment on the "Dwelling" Issue filed with the Court on March 14, 2008 (D.I. 21), is extended up through and including **Monday, April 14, 2008.**

PERRY & SENSOR

*/s/ Michael L. Sensor*
Michael L. Sensor (#3541)
One Customs House, Suite 560
Wilmington, DE 19801
Telephone: (302) 655-4482
*Attorney for Plaintiffs*

COZEN O'CONNOR

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2026
*Attorney for Defendant*

SO ORDERED this ___ day of _____ 2008.

_____
United States District Court Judge