IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 07-431 (GMS) ) |
| HOMESITE INSURANCE COMPANY, | ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED this 25th day of March 2008 by undersigned counsel, subject to the Court's approval, that the time for Defendant to respond to Jadczak Plaintiffs' Motion for Partial Summary Judgment on the "Dwelling" Issue filed with the Court on March 14, 2008 (D.I. 21), is extended up through and including **Monday, April 14, 2008**. The reason for this extension is that Defendant's counsel was unavailable due to his attendance at depositions out of state.

In light of the extension of time requested by Defendant, and the demands of the schedule of Plaintiffs' counsel during the weeks of April 14 and 21 (mostly due to an intervening arbitration hearing as well as the mediation in this case, which is scheduled for April 15 before Magistrate Judge Stark), the time for Plaintiffs to file their reply brief is extended up through and including **Monday, April 28, 2008**.

2

Dated: March 28, 2008

| PERRY & SENSOR | COZEN O'CONNOR |
|---|---|
| */s/ Michael L. Sensor* | */s/ Sean J. Bellew* |
| Michael L. Sensor (#3541) | Sean J. Bellew (#4072) |
| One Customs House, Suite 560 | 1201 North Market Street, Suite 1400 |
| P.O. Box 1568 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Telephone: (302) 295-2026 |
| Telephone: (302) 655-4482 | *Attorney for Defendant* |

    - and –

*/s/ John S. Spadaro*
John S. Spadaro (#3155)
John Sheehen Spadaro, LLC
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
*Attorneys for Plaintiffs*

    SO ORDERED this ___ day of _____ 2008.

 

                                     United States District Court Judge