# PERRY & SENSOR
### ATTORNEYS AT LAW

JAMES T. PERRY*
MICHAEL L. SENSOR*
_____
*ALSO ADMITTED IN NEW JERSEY

ONE CUSTOMS HOUSE, SUITE 560
POST OFFICE BOX 1568
WILMINGTON, DELAWARE 19899

(302) 655-4482
FACSIMILE (302) 655-4043

April 2, 2008

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE 19801
**VIA ELECTRONIC FILING**

    Re:    Jadczak, et al. v. Homesite Ins. Co.
              C.A. No. 07-431 GMS

Dear Magistrate Judge Stark:

      This firm represents the plaintiffs in the above-captioned action. Your Honor is scheduled to conduct a mediation in this matter on April 15, 2008.

      Your Honor's Order Governing Mediation Conferences and Mediation Statements [D.I. 18] requires the parties to submit their confidential mediation statements by yesterday, April 1, 2008. Unfortunately, upon reviewing my calendar, I see that I failed to submit my statement to Your Honor by that time.

      By way of explanation and not excuse, on Monday, March 31 and Tuesday, April 1, I represented the plaintiff in a jury trial in New Castle County Superior Court in the case of *Taylor v. Tomasetti, et al.*, C.A. No. 07C-06-049 FSS, in which the jury returned its verdict earlier today. Therefore, due to the trial and the preparations in connection therewith, which have occupied a significant portion of my time in the past week, I was not cognizant of the April 1 deadline. I should have been, however, and I accept full responsibility for my error.

      Therefore, I respectfully request that the Court grant plaintiffs an extension of time *nunc pro tunc* to the close of business on Monday, April 7, 2008 to provide the mediation statement to Your Honor.

**PERRY & SENSOR**

April 2, 2008
Page 2

      I sincerely apologize to the Court for my oversight and apologize to Your Honor for any inconvenience this has caused the Court. I greatly appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    **PERRY & SENSOR**

                                    /s/ Michael L. Sensor

                                    By:    Michael L. Sensor (# 3541)

/mls

cc:    Clerk of the Court (via electronic filing)
        Sean J. Bellew, Esquire (via electronic filing)
        Melissa F. Brill, Esquire (via electronic filing)