IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) C.A. No. 07-431 (GMS) |
| HOMESITE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on April 11, 2008, *Defendant's First Set of Interrogatories and Requests for Production of Documents Directed to Plaintiffs* were served upon the following counsel of record via CM/ECF:

Michael L. Sensor, Esquire
Perry & Sensor
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19899

Dated: April 11, 2008

/s/ *Sean J. Bellew*
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

> Michael L. Sensor, Esquire
> Perry & Sensor
> One Customs House, Suite 560
> P.O. Box 1568
> Wilmington, DE 19899

> */s/ Sean J. Bellew*
> Sean J. Bellew (#4072)