IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-0431 (GMS) |
| v. | ) ) ) | |
| HOMESITE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

**DEFENDANT HOMESITE INSURANCE COMPANY'S**
**CROSS-MOTION FOR SUMMARY JUDGMENT**

     Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 56, Defendant Homesite Insurance Company hereby moves for summary judgment on all Plaintiff's claims. The grounds for the motion will be set forth fully in the brief filed contemporaneously herewith.

Dated: April 11, 2008

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2026
   *Attorneys for Defendant*
   *Homesite Insurance Company*

Of counsel:
Melissa Brill
Cozen O'Connor
45 Broadway Atrium, 16th Floor
New York, NY 10006
Telephone: (212) 509-9400

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSEPH JADCZAK and<br>CATHERINE JADCZAK, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | C.A. No. 07-0431 (GMS) |
| v. | )<br>)<br>) | |
| HOMESITE INSURANCE COMPANY | )<br>) | |
| Defendant. | ) | |

## ORDER

WHEREAS, Defendant Homesite Insurance Company ("Defendant") filed a response in opposition to Plaintiffs Joseph and Catherine Jadczak's ("Plaintiffs") Motion for Summary Judgment;

WHEREAS, Defendant filed a Cross-Motion for Summary Judgment; and

WHEREAS, the Court finds that there is no genuine issue as to any material facts and that Defendant is entitled to judgment as a matter of law;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that Plaintiffs' Motion for Summary Judgment is DENIED, Defendant's Cross-Motion for Summary Judgment is GRANTED and Plaintiffs' Complaint is dismissed with prejudice.

_____
Chief Judge Gregory M. Sleet

**CERTIFICATE OF SERVICE**

      I, Sean J. Bellew, do hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Michael L. Sensor | John S. Spadaro |
| PERRY & SENSOR | JOHN SHEEHAN SPADARO, LLC |
| One Customs House, Suite 560 | 724 Yorklyn Road, Suite 375 |
| Wilmington, DE 19801 | Hockessin, DE 19707 |

Dated: April 11, 2008

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013