IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 07-431 GMS ) ) |
| HOMESITE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

AND NOW, to-wit, this 14th day of April, 2008, upon consideration of plaintiffs' Motion for Leave to Join Party Defendant and to File Amended Complaint [D.I. 14], and the response, if any, of defendant thereto,

The Motion is **GRANTED**. Plaintiffs are granted leave to join Assurant, Inc. and to file an amended complaint in the form appended to their Motion.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
APR 1 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE