IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HOMESITE INSURANCE COMPANY and ASSURANT, INC., t/d/b/a Assurant Solutions,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　C.A. No. 07-431 GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is stipulated and agreed that defendant Homesite Insurance Company is dismissed from the above-captioned action with prejudice. The parties shall each bear their own costs and attorney's fees.

Dated: May 19, 2008

/s/ Sean J. Bellew
Sean J. Bellew (#4072)
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
*Attorneys for Defendant Homesite Insurance Company*

/s/ Michael L. Sensor
Michael L. Sensor (# 3541)
PERRY & SENSOR
One Customs House, Suite 560
P.O. Box 1568
Wilmington, DE 19801
*Attorneys for Plaintiffs*