## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH JADCZAK and CATHERINE JADCZAK, <br><br> Plaintiffs, <br><br> v. <br><br> HOMESITE INSURANCE COMPANY and ASSURANT, INC., t/d/b/a Assurant Solutions, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 07-431 GMS ) ) ) ) ) ) ) |

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)**

**NOW COME** plaintiffs, by and through their undersigned attorney, and, pursuant to Fed. R. Civ. P. 41(a)(1)(i), voluntarily dismisses the above-captioned action as to defendant Assurant, Inc. without prejudice.

PERRY & SENSOR

By: /s/ Michael L. Sensor
 Michael L. Sensor, Esquire
 Delaware Bar ID No. 291
 One Customs House, Suite 560
 P.O. Box 1568
 Wilmington, DE 19899-1568
 Telephone: (302) 655-4482
 Attorney for Plaintiffs

Dated: May 27, 2008